# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH BUMPUS, et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>REALOGY HOLDINGS CORP. VASU & ASSOCIATES, INC., et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>8:21−mc−00022<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

__4/30/2021__         ____         ____

Date Filed        Doc. No.      Title of Doc.

**ERROR(S) WITH DOCUMENT:**

You have attempted to open this case electronically but have failed to upload successfully the required PDF version of any initiating document, such as a complaint or notice of removal. You must file an initiating document within two business days of this notice or the docket for this case number will be closed.

*Other Error(s):*

Clerk, U.S. District Court

Dated: _May 4, 2021_         By: _/s/ Jeannine Tillman  ssoneji@tzlegal.com_
                                                   Deputy Clerk